UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY VITAL MALINGA,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

CASE NO. 2:26-cv-03524-GJL

ORDER GRANTING JOINT MOTION FOR ENLARGED BRIEFING SCHEDULE; AMENDED SCHEDULING ORDER

This matter is before the Court on consent of the parties. *See* Dkt. 7. On September 19, 2026, Petitioner Timothy Vital Malinga filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] Dkt. 1. On September 21, 2026, the Court issued a Scheduling Order for the Habeas Petition, requiring a response from Respondents by October 5, 2026, and an optional reply from Petitioner no later than October 13, 2026. *See* Dkt. 5. Prior to the filing of the response, Petitioner filed an Amended Habeas Petition on October 3, 2026.[2] Dkt. 12.

The parties have now filed a Joint Motion for Enlarged Briefing Schedule. Dkt. 15. Upon review of the Amended Petition and remaining record, the Court **GRANTS** the Motion (Dkt. 15) and **ENTERS** the following Scheduling Order for briefing on Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. 12):

[1] Also on September 19, 2026, Petitioner filed a Motion for Temporary Restraining Order (Dkt. 2), but subsequently moved to withdraw that Motion (Dkt. 8). The Court granted Petitioner's request by Order entered September 25, 2026. Dkt. 9.

[2] Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Petitioner may amend his Petition as a matter of course, and thus the Amended Petition (Dkt. 12) is accepted for filing.

**ORDER**

Petitioner has filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 alleging that Petitioner is in custody in violation of the Constitution or laws of the United States. Dkt. 12. The Court has discretion to determine when a response to a § 2241 habeas petition is due. *See*, *e.g.*, Sect. 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254); *Clutchette v. Rushen*, 770 F.2d 1469, 1474–75 (9th Cir. 1985) (pursuant to Habeas Rule 4, the federal court has discretion to fix a time to file an answer beyond the time periods set forth in 28 U.S.C. § 2243). A court considering a habeas corpus petition "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. The Court **directs** Respondents **to show cause** why the writ of habeas corpus should not be granted and **ORDERS**:

1. Respondents shall file a return to the Amended Habeas Petition no later than **October 19, 2026**. The return shall be noted on the Court's motion docket for the due date of the Petitioner's traverse – 5 days after the due date of the Respondents' return. Any arguments that the Amended Petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" ECF filing event.

2. Any traverse by Petitioner shall be filed no later than **October 26, 2026**. A traverse filed through CM/ECF shall be filed using the "Reply to Response to Motion" filing event.

3. Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend,

holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner from the Western District of Washington or to remove them from the United States. Respondents shall also (1) file the notice of intent to transfer or remove on the Court's docket; and (2) file a notice on the docket if the transfer or removal is completed.

4. The Clerk is directed to effectuate immediate service, if service has not already been accomplished, of the Amended Habeas Petition (Dkt. 12) filed in this case upon Respondents by emailing a copy of the Amended Habeas Petition (Dkt. 12) and this Order to USAWAW.ImmigrationHabeasService@usdoj.gov.

5. Petitioner's counsel shall provide Petitioner's A-file number promptly to the U.S. Attorney's Office via email to USAWAW.ImmigrationHabeasAnumbers@usdoj.gov.

6. If either party seeks an expedited or enlarged briefing schedule, counsel for that party shall contact the opposing counsel promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

Dated this 6th day of October, 2026.

Grady J. Leupold
United States Magistrate Judge